UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Application of**<br>**ARIDA, LLC,**<br>**Earl Management LTD,**<br>**Finenergoinvest, LLC,**<br>**Alexey Grachev,**<br>         **Applicants.** | Civil Action No. 1:19-MC-00522 (PKC) |

# ORDER GRANTING *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

THIS CAUSE came before the Court upon the joint application of ARIDA, LLC ("ARIDA"), Earl Management LTD ("Earl Management"), Finenergoinvest, LLC ("FEI"), and Alexey Grachev ("Applicants"), for an Order authorizing discovery pursuant to 28 U.S.C. § 1782 ("Application").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations and Exhibits, and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that:

1.      The Application is GRANTED, as the Court finds that 28 U.S.C. § 1782 confers jurisdiction on the Court to approve the issuance of discovery in this judicial district.

2.      The Applicants are authorized to take discovery from the persons and entities found in this District: Vladislav Mishin, Daniel Mishin a/k/a Daniil Mishin, Boris Korol, June Homes US, Inc., a/k/a Rezidenz, Inc., June NY, LLC, a/k/a Residenz, LLC, June NY 1, LLC, a/k/a Residenz 1, LLC, and New York banks located within this district and identified in the Declaration of Anna V. Brown, Esq. ("Brown Declaration") (collectively, "Respondents"), by

issuing subpoenas for depositions and/or production of documents in the form attached to Brown Declaration as Exhibits 1-11 ("Subpoenas").

PKC 3. ~~The Applicants are authorized to issue additional subpoenas directed to the Respondents, for depositions and/or production of documents on all issues within the scope of the Application.~~

4. The Respondents are directed to comply with the subpoenas issued in this case in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

5. The Respondents shall produce the requested documents within twenty-eight (28) days of service of the Subpoenas (together with a copy of this Order) and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York. The entry of this Order does not foreclose the Respondents from seeking relief under Rule 26 and Rule 45 if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within fourteen (14) days after service of the Subpoenas.

6. Until further Order by this Court, the Respondents shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

7. *The Clerk shall terminate the motion (Doc 1.)*

PKC DATED this _14th_ day of _November_, 20___.

_____
UNITED STATES DISTRICT JUDGE