UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of
ARIDA, LLC
Earl Management Ltd.
Finergoinvest, LLC, and
Alexy Grachev,

          Applicants.

No. 19 Misc. 522 (PKC)

### JUNE HOMES'S NOTICE OF MOTION TO VACATE THE  *EX PARTE* SECTION 1782 DISCOVERY ORDER

PLEASE TAKE NOTICE that respondents June NY, LLC, June Homes US, Inc., June NY 1, LLC, and Mr. Daniel Mishin (collectively, "**June Homes**") will move this Court pursuant to 28 U.S.C. § 1782 and Fed. R. Civ. P. 60, before the Honorable P. Kevin Castel at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court or as soon thereafter as the matter may be heard, for an Order vacating the *ex parte* Section 1782 discovery order (ECF No. 8), and for any further relief that may be necessary to achieve justice.

This motion is based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Declaration of Denis Yurievich Nikitenko, the pleadings and documents on file in this case, and such other argument as may be presented by counsel at any hearing on this motion.

[*Signature page follows.*]



The time to move is governed by Local Civil Rule 6.1(b). SO ORDERED. /s/ [signature] USDJ 1-29-20

Dated: January 24, 2020

                Respectfully submitted,

                OFFIT KURMAN, P.A.

                By: /s/ Charles J. Nerko
                      Charles J. Nerko
                10 East 40th Street, 35th Floor
                New York, NY 10016
                (212) 545-1900
                charles.nerko@offitkurman.com

                *Attorneys for Respondents*
                *June NY, LLC, June Homes US, Inc.,*
                *June NY 1, LLC, and Mr. Daniel Mishin*

2