UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: ARIDA, LLC                                        ORDER

                                                            19-mc-522 (PKC)

-----------------------------------------------------------x

CASTEL, U.S.D.J.

In a four-page, single-space letter with four additional pages of exhibits, respondent objects to the Court's (1) overly swift grant of leave to petitioner to file a sur-reply to respond to supplemental evidence submitted by respondent in a reply submission; and (2) failure to put a page limit on any sur-reply. Respondent fears that petitioner's sur-reply will be too fulsome.

Application to reconsider DENIED. Respondents may file a sur-sur-reply fourteen days after the petitioner's sur-reply. The clients should rein in their lawyers, some or all of whom either need to develop a sense of proportionality or have too much time on their hands.

SO ORDERED.

                                                                               P. Kevin Castel
                                                                United States District Judge

Dated: New York, New York
        May 7, 2020