UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: ARIDA, LLC, et al.,                              ORDER

                                                        19-mc-522 (PKC)

-----------------------------------------------------------x

CASTEL, U.S.D.J.

      No later than November 20, 2020, the parties should file supplemental letter-briefs addressing the "for use" analysis set forth in In re: Application of Apostolos Mangouras, 17-3633 (2d Cir. Nov. 9, 2020), and Euromepa, S.A. v. R. Esmerian, Inc., 154 F.3d 24 (2d Cir. 1998).

      SO ORDERED.

                                                      P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       November 12, 2020