UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br>ARIDA, LLC, Earl Management Ltd.,<br>Finergoinvest, LLC, and Alexey Grachev,<br>   Applicants. | No. 19 Misc. 522 (PKC) |

## DANIEL MISHIN'S NOTICE OF APPEAL

Daniel Mishin ("**Daniel**") gives notice that he appeals to the United States Court of Appeals for the Second Circuit from the November 11, 2019 Order granting the *Ex Parte* Application For Judicial Assistance In Obtaining Evidence For Use In A Foreign Proceeding Pursuant to 28 U.S.C. §1782 (ECF 8) ("*Ex Parte* **Order**"); the December 21, 2020 Opinion and Order (ECF 65) ("**Order**") denying the Motion to Vacate the *Ex Parte* Order; and June 2, 2021 Order (ECF 78) denying his Motion to Amend Judgment Under Rule 59 (ECF 69) ("**Rule 59 Order**").

Respectfully submitted this the 18th day of June 2021.

                                                            MARKS & SOKOLOV, LLC

                                                            By: */s/ Bruce S. Marks*
                                                            Bruce S. Marks

                                                           1835 Market Street, 17th floor
                                                           Philadelphia, PA 19103
                                                           Tel: +1-215-569-8901
                                                           marks@mslegal.com

                                                           *Attorneys for Respondent, Daniel Mishin*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF filing system with the Clerk of the Court, which sent email notification of such filing to all CM/ECF participants in this case on July 18, 2021.

*/s/ Bruce S. Marks*
Bruce S. Marks