UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In Re: Application of
ARIDA, LLC,
Earl Management LTD,
Finenergoinvest, LLC, and
Alexey Grachev,

Case No. 1:19-mc-0522-PKC

              Applicants.

--------------------------------------------------------x

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of Marks & Sokolov, LLP hereby withdraws its appearance as counsel in the above-captioned proceedings for Respondent Daniel Mishin ("Respondent"), and the law firm of Wuersch & Gering LLP hereby enters its appearance as substitution counsel for Respondent.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers served and filed in this case (including, but not limited to, pleadings, motions, applications, orders and reports) shall be served upon the following:

V. David Rivkin
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, N.Y.  10005
Tel. (212) 509-5050
Fax. (212) 509-9559
Email: david.rivkin@wg-law.com

**PLEASE TAKE FURTHER NOTICE** that Bruce S. Marks of Marks & Sokolov, LLP hereby requests that he be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that Respondent has knowledge of and consent to this substitution of counsel.

**Daniel Mishin**

*/s/ Daniel Mishin*_____

Dated: New York, N.Y.
February 7, 2022

Respectfully submitted,

| **MARKS & SOKOLOV, LLP** | **WUERSCH & GERING LLP** |
|---|---|
| */s/ Bruce S. Marks*_____ _____ | */s/ V. David Rivkin*_____ |
| Bruce S. Marks | V. David Rivkin |
| Marks & Sokolov, LLP | Wuersch & Gering LLP |
| 1835 Market Street | 100 Wall Street, 10th Floor |
| Philadelphia, PA   19103 | New York, N.Y.   10005 |
| Tel. (215) 939-0423 | Tel. (212) 509-5050 |
| Fax. (215) 569-8912 | Fax. (212) 509-9559 |
| Email: marks@mslegal.com | Email: david.rivkin@wg-law.com |
| *Withdrawing Attorneys for Respondents* | *Incoming Attorneys for Respondents* |

**The substitution of attorneys is hereby approved and SO-ORDERED.**

Date: _____                                    _____
                                                                            Honorable P. Kevin Castel
                                                                            United States District Judge