UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In Re: Application of
ARIDA, LLC,
Earl Management LTD,
Finenergoinvest, LLC, and
Alexey Grachev,

                Applicants.

-------------------------------------------------------x

Case No. 1:19-mc-0522-PKC

## DECLARATION OF DANIEL MISHIN

I, Daniel Mishin, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.      I am the Chief Executive Officer of Respondent June Homes, Inc., June Homes US, Inc., a/k/a Rezidenz, Inc., June NY, LLC, a/k/a Residenz, LLC, and June NY 1, LLC, a/k/a Residenz 1, LLC ("June Homes).

2.      I submit this declaration in accordance with this Court's order dated February 1, 2022 [EFC No. 107], and I do so in my personal capacity and also on behalf of June Homes as its CEO.

3.      With respect to the subpoenas served by Applicants on June Homes and on me in my personal capacity in connection with this matter, after a reasonable and good faith search conducted according to parameters agreed to by the parties, and without waving objections interposed by the respondents in connection therewith pursuant to Fed. R. Civ. Pro. 45(d)(2)(B), to the best of my knowledge, I believe that all documents responsive to the subpoenas have been produced to the Applicants' counsel as directed by the Court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 1st day of March, 2022, in New York, New York.

DANIEL MISHIN